# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KB HOME,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KINGSBARN REALTY CAPITAL, LLC; KB EXCHANGE PROPERTIES, LLC; KINGSBARN REAL ESTATE CAPITAL, LLC; KB PROPERTY ADVISORS, INC.; KB PROPERTY ADVISORS, LLC; AND KINGSBARN CAPITAL & DEVELOPMENT, LLC,<br><br>　　　　Defendants.<br><br>KINGSBARN REALTY CAPITAL, LLC; KB EXCHANGE PROPERTIES, LLC; KINGSBARN REAL ESTATE CAPITAL, LLC; KB PROPERTY ADVISORS, INC.; AND KB PROPERTY ADVISORS, LLC,<br><br>　　　　Counter-Plaintiffs,<br><br>　　v.<br><br>KB HOME,<br><br>　　　　Counter-Defendant. | CASE NO: 2:24-CV-4153-CBM (MAAx)<br><br>**ORDER GRANTING JOINT STIPULATION TO RE-NOTICE HEARING AND MODIFY BRIEFING SCHEDULE ON MOTION TO STRIKE [91]** |

The Court, having read and considered the parties' Joint Stipulation to Re-Notice Hearing and Modify Scheduling Order on Motion to Strike, and finding good cause therefor, hereby GRANTS the requested modification and ORDERS that Plaintiff's Motion to Strike (the "Motion") that was previously noticed for July 29, 2025, is re-noticed to August 5, 2025, and that Defendants' opposition is now due on July 14, 2025, and Plaintiff's reply is due on July 22, 2025.

IT IS SO ORDERED.

Dated: July 8, 2025

Consuelo B. Marshall
United States District Judge