JS-6

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KB HOME,

              Plaintiff,

       v.

KINGSBARN REALTY CAPITAL, LLC; KB EXCHANGE PROPERTIES, LLC; KINGSBARN REAL ESTATE CAPITAL, LLC; KB PROPERTY ADVISORS, INC.; KB PROPERTY ADVISORS, LLC; and KINGSBARN CAPITAL & DEVELOPMENT, LLC

              Defendants.

KINGSBARN REALTY CAPITAL, LLC; KB EXCHANGE PROPERTIES, LLC; KINGSBARN REAL ESTATE CAPITAL, LLC; KB PROPERTY ADVISORS, INC.; KB PROPERTY ADVISORS, LLC; AND KINGSBARN CAPITAL & DEVELOPMENT, LLC,

              Counter-Plaintiffs,

       v.

KB HOME,

              Counter-Defendant.

Case No. 2:24-CV-4153-CBM (MAAx)

**ORDER APPROVING JOINT STIPULATION OF DISMISSAL**

The Court, having read and considered the parties' Joint Stipulation of Dismissal, and finding good cause therefor, hereby **APPROVES** the Joint Stipulation and ORDERS as follows:

The above-captioned matter is dismissed with prejudice, with each party bearing its own attorneys' fees and costs; and

The Court retains jurisdiction for three (3) months following the entry of dismissal with prejudice to enforce the terms of the parties' settlement and orders the parties to file a joint status report on settlement every thirty (30) days from the date of this Order.

IT IS SO ORDERED.


DATED: June 11, 2026

_____
Consuelo B. Marshall
United States District Judge

2